## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  *

v.  *  **Criminal No.: 14-2035-BPG**

**STACEY GRAHL**  *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR A DETENTION HEARING

Defendant Stacey Grahl, by and through her counsel, Christopher J. Purpura, respectfully requests that a Detention Hearing in the above captioned matter be set at the Court's earliest convenience. In support of this motion, Mr. Grahl states the following:

1. Ms. Grahl is a defendant charged with Distribution of Heroin.
2. On October 2, 2014, Ms. Grahl appeared for a detention hearing and at that time consented to detention without prejudice.
3. That at that time it was agreed between the parties that in approximately two weeks, Ms. Grahl would be brought back before the Court to address possible conditions of release.

WHEREFORE, it is respectfully requested that this Court grant Defendant's request for a Detention Hearing.

Respectfully submitted

_____/s/_____
Christopher J. Purpura
Law Office of Purpura & Purpura
8 East Mulberry St.
Baltimore, MD 21202
Tel: 410-727-8550

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

**v.**     *     **Criminal No.: 14-2035-BPG**

**STACEY GRAHL**     *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

It is hereby **ORDERED** that Defendant's Motion for Request for a detention hearing is GRANTED with the date and time to be set by the Court.

_____
JUDGE

Date: _____